IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID GECHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 2023 CV 01742 |
| | ) | |
| REYNALDO GUEVARA, et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| RICHARD KWIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 2023 CV 04279 |
| | ) | |
| REYNALDO GUEVARA, et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| RUBEN HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 23-cv-15375 |
| | ) | |
| REYNALDO GUEVARA, et al | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW**

Pursuant to Local Rule 83.17, Attorney Whitney N. Hutchinson, respectfully requests to withdraw Attorney Krystal R. Gonzalez's and Attorney Kathryn E. Boyle's appearance's as counsel in this matter. In support, the undersigned states as follows:

1. Krystal R. Gonzalez and Kathryn E. Boyle filed an appearance on behalf of defendant Reynaldo Guevara in this matter.

2.	Krystal R. Gonzalez and Kathryn E. Boyle are no longer working for Borkan & Scahill, Ltd, the law firm that represents defendant Reynaldo Guevara in this case.

3.	Defendant Reynaldo Guevara will continue to be represented diligently by Borkan & Scahill, Ltd.

4.	This motion will not prejudice the representation of defendant Reynaldo Guevara nor cause any undue delay in this proceeding.

Wherefore, the undersigned respectfully requests this Honorable Court grant this motion and enter an order permitting her to withdraw Krystal R. Gonzalez's and Kathryn E. Boyle's appearance's as counsel in this matter.

Respectfully submitted,

BORKAN & SCAHILL, LTD.

BORKAN & SCAHILL, LTD.  By: /s/ Whitney N. Hutchinson
20 S. Clark Street, Suite 1700       Whitney N. Hutchinson
Chicago, IL 60603; 312-580-1030